NUMBER 13-05-00530-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_______________________________________________________
                                                                

                         IN RE
CHEVRON U.S.A., INC.

_______________________________________________________


 

                      On Petition for Writ of
Mandamus

 _______________________________________________________


                                       

MEMORANDUM
OPINION

 

Before
Justices Hinojosa, Yañez, and Rodriguez 

Per
Curiam Memorandum Opinion[1]

 

Relator, Chevron U.S.A.,
Inc., filed a petition for writ of mandamus in the above cause
on August 18, 2005.  The Court requested
a response from the real parties in interest, and such response was filed on
September 29, 2005. 

The Court, having
examined and fully considered the petition for writ of mandamus and response is
of the opinion that relator has not shown itself
entitled to the relief sought. 
Accordingly, the petition for writ of mandamus is DENIED.  See Tex.
R. App. P. 52.8(a).


 

PER CURIAM

 

Memorandum Opinion delivered and filed

this 5th day of
October, 2005.                                











[1]
See
Tex. R. App. P. 52.8(d) (AWhen
denying relief, the court may hand down an opinion but is not required to do
so.@); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum
opinions).